1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  AMBER S. ROSEN (CABN 160380)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: amber.rosen@usdoj.gov

8  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE  DIVISION


   UNITED STATES OF AMERICA,        )   No. CR 12-00268 LHK
                                    )
        Plaintiff,                  )   STIPULATION AND ~~PROPOSED~~ ORDER
                                    )   TO CONTINUE STATUS HEARING FOR
        v.                          )   CARLOS DEMARTINI
                                    )
   CARLOS DEMARTINI,                )
                                    )
        Defendant.                  )
   _____)


                              STIPULATION

   On August 22, 2012, the parties appeared for a status conference in the above case.  At that time, the United States and defendant DeMartini agreed to hold a status conference on September 26, 2012.  Because September 26, 2012 is the Jewish holiday of Yom Kippur, counsel for the United States cannot appear on that date.   On October 3, 2012, the Court's next criminal calendar, counsel for DeMartini is scheduled to be in trial.  Due to the unavailability of counsel, the parties, Carlos DeMartini, and the United States, acting through their respective counsel, hereby stipulate and agree, subject to the Court's approval, that the status hearing date currently set for Wednesday, September 26, 2012, at 9 a.m. be continued to Wednesday, October 10, 2012,

[STIPULATION AND ORDER TO CONTINUE HEARING
CR 12-00268 LHK]

at 9 a.m.

The parties also respectfully request that the additional two weeks be excluded from the Speedy Trial Act so as to not unreasonably deny the government and the defendant continuity of counsel, taking into account the exercise of due diligence, as set forth in 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

DATED: Sept. 4, 2012                            Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney


                                                _____/s/_____
                                                AMBER S. ROSEN
                                                Assistant United States Attorney


DATED: Sept. 4, 2012                            _____/s/_____
                                                ROBERT CAREY
                                                Counsel for Carlos DeMartini

ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the hearing currently set for September 26, 2012, be continued to October 10, 2012, at 9:00 a.m., and that the time from September 26, 2012 to October 10, 2012 be excluded from the Speedy Trial Act calculations, to allow the United States and the defendant continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED:  9/6/12                                  _____
                                                THE HONORABLE LUCY H. KOH
                                                United States District Judge

[STIPULATION AND ORDER TO CONTINUE HEARING
CR 12-00268 LHK]